# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| **ANNIE GLASGOW,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| vs. § | Civil Action No. 3:16-CV-01609-N |
| § | |
| **AETNA INC. and** § | |
| **AETNA LIFE INSURANCE COMPANY,** § | |
| § | |
| **Defendants.** | |

## AGREED MOTION TO DISMISS WITH PREJUDICE

Plaintiff Annie Glasgow and Defendants Aetna Inc. and Aetna Life Insurance Company jointly move this Court to dismiss this case with prejudice to the refiling of the same.

The parties have resolved all the claims asserted in this lawsuit and therefore seek a dismissal of this lawsuit, with prejudice.

WHEREFORE, the parties pray that this Court grant this Agreed Motion to Dismiss with Prejudice and the case be dismissed without prejudice to the refiling of the same.

Respectfully submitted,

**PARKER LAW FIRM, P.C.**


/s/ W. Bradley Parker
**W. BRADLEY PARKER**
State Bar No. 15501500
brad@parkerlawfirm.com
2317 Plaza Parkway, Suite 100
Bedford, Texas 76021
817.503.9200 Phone

    817.503.9203 Fax
**ATTORNEY FOR PLAINTIFF**

**GORDON & REES**
**SCULLY MANSUKHANI, LLP**

*/s/ Christina L. McCracken*

**COURTNEY C. HILL**
Texas State Bar No. 24094279
cchill@gordonrees.com
**CHRISTINA L. MCCRACKEN**
Texas State Bar No. 13474400
cmccracken@gordonrees.com
2100 Ross Avenue, Suite 2800
Dallas, Texas 75201
214.231.4660 Phone
214.461.4053 Fax
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 15th day of December, 2016, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*Via E-service:*
**COURTNEY C. HILL**
cchill@gordonrees.com
**CHRISTINA L. MCCRACKEN**
cmccracken@gordonrees.com
2100 Ross Avenue, Suite 2800
Dallas, Texas 75201
***Attorneys for Defendants***

    /s/ W. Bradley Parker
    W. Bradley Parker