IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS DALLAS
DIVISION

| | |
|---|---|
| ANNIE GLASGOW, § § Plaintiff, § § vs. § AETNA INC. and § AETNA LIFE INSURANCE COMPANY, § § Defendants. | Civil Action No. 3:16-CV-01609-N |

## AGREED ORDER OF DISMISSAL

The Court has considered the parties' Agreed Motion to Dismiss and has concluded that the motion should be granted.

Accordingly, it is ORDERED, ADJUDGED AND DECREED that all causes of action brought by Plaintiff, Annie Glasgow against the Defendants Aetna Inc. and Aetna Life Insurance Company in the above-entitled and numbered cause be and the same are hereby DISMISSED WITH PREJUDICE to the right of the Plaintiff to refile same or any part thereof. All costs of court and attorneys' fees are borne by the party incurring same.

This is a final order.

Signed December 22, 2016.

_____
David C. Godbey
United States District Judge

**APPROVED AS TO FORM AND SUBSTANCE:**

**PARKER LAW FIRM, P.C.**

/s/ W. Bradley Parker
**W. BRADLEY PARKER**
State Bar No. 15501500
brad@parkerlawfirm.com
2317 Plaza Parkway, Suite 100
Bedford, Texas 76021
817.503.9200 Phone
817.503.9203 Fax
**ATTORNEY FOR PLAINTIFF**


**GORDON & REES**
**SCULLY MANSUKHANI, LLP**

*Christina L. McCracken*
**COURTNEY C. HILL**
Texas State Bar No. 24094279
cchill@gordonrees.com
**CHRISTINA L. MCCRACKEN**
Texas State Bar No. 13474400
cmccracken@gordonrees.com
2100 Ross Avenue, Suite 2800
Dallas, Texas 75201
214.231.4660 Phone
214.461.4053 Fax
**ATTORNEYS FOR DEFENDANTS**